# Compassionate Release Petition.

Judge:
Wilkie D. Ferguson, Jr.
U.S. Courthouse 400 North
Miami Avenue Room 8N09
Miami, FL. 33128

Date: 6-9-2020
Case No:
03-10018 CR-HIG-HSMITH

FILED BY PG D.C.
JUN 16 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

This is my official Request to the Bureau of Prison for consideration of a Sentence Reduction and/or Compassionate Release due to Extraordinary and Compelling Circumstances.

I send to you this in petition to help me on my Claim, I suffer a paralysis during my incarceration, I have more than one medical problems, Also my Eligibility Home Detention is on (10-29-20) and I would like to live closely with my family in time: with the critique pandemic, on Houston Texas; see Request resubmit. I also suffer pneumonia.

I already send a Request Petition to the Regional from the Institution Warden, see Attach.

Respectfully Submitted
Wilson-Gonzalez, Adesmis
Reg. No. 39061-004

117

BP-A0148  
JUNE 10  
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
| --- | --- |
| Mr. Warden: Phelps | 04-24-2020 |
| FROM: Wilson-Gonzalez, A. | REGISTER NO.: 39061-004 |
| WORK ASSIGNMENT: Am./Rec. | UNIT: A-2/117 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

This is my official request to the Bureau of Prisons for consideration of a Sentence Reduction and/or Compassionate Release due to Extraordinary and Compelling circumstances pursuant to the First Step Act; and/or 18 U.S.C. 3582(c) and/or 28 U.S.C. 4205 (g); and/or 34 U.S.C. 60541 and hereby move the Bureau of Prisons for a Sentence Reduction and/or Home Detention, using any of the aforementioned vehicles to obtain said request relief, and for reason stated, and/or with a Electronic

(Do not write below this line) See on Back.

---

DISPOSITION:

You need to provide a release plan and provide specific details for your request and re-submit a cop-out to The Warden.

RECEIVED APR 28 2020

| Signature Staff Member | Date |
| --- | --- |
| [signature] CMC | 5-28-20 |

Record Copy - File; Copy - Inmate  
PDF  Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

Monitor Shackle on my leg. My Eligibility Home Detention is on date: 10-29-2020.

Petitioner forwards his Hard Copy Petition to the warden trough Internal Mail channels, filed contemporaneously herewith to support same and moves the Bureau of Prisons to honor said request.

Respectfully Submitted
04-29-2020
Wilson-Gonzalez, A.

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr. Warden: S. W. Phelps | DATE: 5/29/2020 |
|---|---|
| FROM: Wilson-Gonzalez, A | REGISTER NO.: 39061-004 |
| WORK ASSIGNMENT: Am./Rec. | UNIT: A-2/117 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

This is in response to the Request answer that I receive back from the Warden.

My release plan is in Houston Texa with my family: 1350 Greens Parkway # 528, Houston Tx. 77067

I am ambulatory have been in a wheel chair for 12 years with paralysis of wist down, urinary and feces incontinence, Arterial Hypertension, Ventricular Fibrillation.

Respectfully resubmit

(Do not write below this line)

DISPOSITION:

---

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Counselor: Mss. Martin | DATE: 6-10-2020 |
|---|---|
| FROM: Wilson-Gonzalez, A | REGISTER NO.: 39061-004 |
| WORK ASSIGNMENT: Im./Rec. | UNIT: H-2/117 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. I would like to have a copy of this Certifies that I need to send to the Court in corroboration of my preparation to support my oneself in the freedom community.

Thank you so much

(Do not write below this line)

DISPOSITION:

Signature Staff Member          Date

Record Copy - File; Copy - Inmate
PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6

# VANCE-GRANVILLE COMMUNITY COLLEGE

HENDERSON, NORTH CAROLINA

THIS CERTIFIES THAT

## Adexmis Wilson-Gonzalez

HAS SUCCESSFULLY COMPLETED

### Logistics

WITH A GRADE OF S-Satisfactory
FOR 12 CONTINUING EDUCATION UNITS
AND 120 CONTACT HOURS

7/20/2017

_Dr. Levy Braun_
Vice President

_Timothy Bates_
Instructor

_Dr. Steffanie Williams_
President

*USP CANAAN*

*presents the September 2012*

# ACE Instructor Award

*to*

*Adermis Wilson-Gonzalez*

*for*

Teaching the Adult Continuing Education
Civil Engineering

C. Ball

Ms. Ball, ACE Coordinator



# F.C.I. I BUTNER
# CERAMICS CLASS
## 2016

This certificate is hereby presented to

**Wilson Gonzalez**

In recognition of your hard work and dedication

to the successful completion of the

Ceramics Course. Sponsored by

F.C.I. I Butner Recreation Department

Congratulations!

Recreation Specialist  _R. Barchieri_

# Certificate of Achievement

Awarded to:

## Adermis Wilson - Gonzalez

VT Electric - Basic Residential Wiring - Spanish

In recognition of your training and Hands-On work conducted while at FCI Fort Dix. You have completed the 120 hour Residential Electric Course. In addition to the classroom instruction, your work with a Journeyman Electrician on various Electric projects at FCI Fort Dix is recognized.

_____  _____
Mr. Lutz                                             Ms. Tenor
VT Instructor                                   Assistant Supervisor of Education
                              June 27, 2008



# Certificate of Completion

**Presented to:**

*ADERMIS WILSON-GONZALES*

*For satisfactory completion of the requirements of the Release Preparation Program Course*

***RECID-AWARNESS***

*FCI Edgefield*

S. FLOURNOY, ACE/RPP Coordinator

*MAY 23, 2019*

# CIVIL RIGHTS

Participation in Programs – (10hrs)

awarded to:

## ADERMIS WILSON

August 30, 2017
Date

Adult Continuing Education Coordinator

From:
Wilson-Gonzalez, Adermis
Reg. No. 39061-004
Federal Correctional Institution
Edgefield P.O. Box 725
Edgefield, SC 29824

To:
Judge: Wilkie
US Courthouse
Miami Ave. Roo[m]
[...]




7017 1000 0000 8584

CERTIFIED MAIL